**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 17-2214**

In re:  JAMES T. SMITH,

        Petitioner.

On Petitions for Writ of Mandamus.  (5:17-cv-00051-FPS-JES)

Submitted:  February 15, 2018          Decided:  February 16, 2018

Before WILKINSON, FLOYD, and THACKER, Circuit Judges.

Petitions denied by unpublished per curiam opinion.

James T. Smith, Petitioner Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

James T. Smith petitions for a writ of mandamus, alleging that the district court has unduly delayed in ruling on his 28 U.S.C. § 2241 (2012) petition. He seeks an order from this court directing the district court to act. We conclude that the present record does not reveal undue delay in the district court. Accordingly, we deny Smith's petition and supplemental petition for mandamus relief. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITIONS DENIED*